

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

### JUDGMENT

Brady Aaron Wyatt,                   * From the 104th District Court
of Taylor County,
Trial Court No. 20738B.

Vs. No. 11-18-00354-CR         * January 10, 2019

The State of Texas,               * Per Curiam Memorandum Opinion
(Panel consist Bailey, C.J.,
Willson, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.